

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2018

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellant

v.

**NEC NETWORKS, LLC**, dba CaptureRX,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee has filed its second motion for extension of time in which to file appellee's brief. We GRANT appellee's motion. Appellee's brief is due on or before **September 19, 2018**. **Further requests for extension of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court